UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BARNEY JOE DONALDSON, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION H-08-3261 |
| § | |
| RISSIE L. OWENS, § | |
| § | |
| Defendant. § | |

## Opinion on Dismissal

On Donaldson's motion (8), this case is dismissed.

Signed  01 · 08  , 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge